No. 80–332.  RHODES, GOVERNOR OF OHIO, ET AL. *v.* CHAP-MAN ET AL.  C. A. 6th Cir.  Motion of respondent Chapman for leave to proceed *in forma pauperis* and certiorari granted.

No. 80–5303.  BELTRAN *v.* MYERS, DIRECTOR, CALIFORNIA STATE DEPARTMENT OF HEALTH, ET AL.  C. A. 9th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted limited to Question 1 presented by the petition.

No. 79–2051.  CITY OF APOPKA, FLORIDA, ET AL. *v.* DOW-DELL ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79–2054.  LEWIS ET AL. *v.* McGRAW ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 79–2062.  CHOATE *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–6761.  JOHNSON *v.* ESTELLE, CORRECTIONS DIRECTOR.  Ct. Crim. App. Tex.  Certiorari denied.

No. 79–6829.  HENDERSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 79–6834.  EVANS *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 79–6854.  KEAGBINE *v.* ILLINOIS.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 79–6870.  BYRNE *v.* MISSOURI.  Ct. App. Mo., Eastern Dist.  Certiorari denied.